Drew Allen **RAYNER**, Plaintiff–Appellant,

v.

**RAYTHEON COMPANY,**
Defendant–Appellee.

No. 05–60308.

United States Court of Appeals,
Fifth Circuit.

Decided Jan. 6, 2006.

Drew Allen Rayner, Perkinston, MS, pro se.

David Charles Goff, Watkins, Ludlam, Winter & Stennis, Gulfport, MS, for Defendant–Appellee.

Before KING, Chief Judge, and BARKSDALE and PRADO, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.